543 U.S. 960
 ARMSTRONG
v.
BOULDEN, BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, ET AL.;
ARMSTRONG
v.
CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL.; and
ARMSTRONG
v.
CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL.
 No. 04-411.
 Supreme Court of United States.
 November 1, 2004.
 
 1
 C. A. 10th Cir. Certiorari denied. Reported below: 97 Fed. Appx. 287 (third judgment); 101 Fed. Appx. 773 (first judgment); 102 Fed. Appx. 118 (second judgment).